■ MARK RIVERS et al., Appellants, v STEPHEN KATZ, as Commissioner of the New York State Office of Mental Health, et al., Respondents. (Matter No. 1.) FLORENCE GRASSI, Appellant, v WENDY ACRISH as Executor Director of Harlem Valley Psychiatric Center, et al., Respondents. (Matter No. 2.)—Order of the Supreme Court, Dutchess County (Dickinson, J.), dated October 25, 1984, and two judgments of the same court (Beisner, J.), dated December 4, 1984 and January 8, 1985, respectively, affirmed, without costs or disbursements, for reasons stated in the decisions at Special Term. Mangano, J. P., Thompson, O'Connor and Weinstein, JJ., concur.